UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
JANE DOE,

                        *Plaintiff*,

       -against-

SACHIN SHRIDHARANI, et al.,

                        *Defendants*.

-------------------------------------------------------------------- x

1:24-cv-00966 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    Plaintiff is directed to file a motion to proceed anonymously and maintain her name as "Jane Doe" in the caption. Plaintiff should follow her motion as soon as possible.

**SO ORDERED.**

**Dated:  February 9, 2024**
          **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**