UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JANE DOE,

                *Plaintiff*,

            -against-

SACHIN SHRIDHARANI, et al.,

                *Defendants*.

------------------------------------------------------------------ x

1:24-cv-00966 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

On February 9, 2024, this Court ordered Plaintiff to file a motion to proceed anonymously and maintain her name as "Jane Doe" in the caption as soon as possible. To date, Plaintiff has not filed the motion. Plaintiff is directed to file the motion as soon as possible.

**SO ORDERED.**

Dated:    **February 23, 2024**
            **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**