UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JANE DOE,

          *Plaintiff*,

   -against-

SACHIN SHRIDHARANI, et al.,

          *Defendants*.

------------------------------------------------------------------ x

1:24-cv-00966 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

On February 23, 2024, Plaintiff filed a motion to proceed anonymously and maintain her name as "Jane Doe" in the caption. ECF No. 9. Defendants are hereby ORDERED to file an opposition to the motion, if any, by April 11, 2024.

**SO ORDERED.**

**Dated:**    **April 4, 2024**
           **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**