UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __May 23, 2024__

JANE DOE,

                *Plaintiffs*,

-against-

SACHIN SHRIDHARANI, et al.,

                *Defendants*.

24-cv-00966 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Defendants' motion to seal the Defendants' pre-motion letter at ECF No. 35 in this action is **GRANTED**. The Clerk of Court is directed to seal the letter at ECF No. 35 and terminate ECF Nos. 35-37.

**SO ORDERED.**

**Dated:** May 23, 2024
       New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**

1