UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:24-cv-00966 |
| | ) | |
| -against- | ) | JURY TRIAL DEMANDED |
| | ) | |
| SACHIN SHRIDHARANI, M.D.; | ) | |
| LUXURGERY, LLC; SIENTRA, INC.; | ) | |
| ADVARRA, INC.; | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's May 23, 2024 Minute Entry, the parties respectfully submit this joint status report.

On March 28, 2024, Defendant Advarra, Inc. ("Advarra") submitted a letter brief in support of its position that Plaintiff's claims against Advarra should be dismissed in full. ECF No. 21. Plaintiff filed her opposition to this letter on April 1, 2024. ECF No. 23.

On May 2, 2024, Advarra submitted a letter brief to Magistrate Judge Gorenstein seeking a stay of discovery (ECF No. 38), which Plaintiff opposed on May 6, 2024 (ECF No. 40).

On May 1, 2024, Defendants Sachin Shridharani, M.D. and Luxurgery, LLC (the "Luxurgery Defendants") filed a letter brief requesting dismissal of Plaintiff's claims. ECF No. 35. Plaintiff filed her opposition on May 6, 2024. ECF No. 39.

This Court held a pre-motion conference on Defendants' motions to dismiss on May 24, 2024. During this conference, the Court suggested that the parties discuss whether resolution of the litigation could be reached and requested that the parties submit this status report on June 13, 2024.

***Plaintiff's position.*** The parties have been unable to reach agreement to date. They have

1

discussed the possibility of mediation, including through this District's mediation program, to which Plaintiff is amenable.

There is a dispute among the parties as to whether the images in the second and third videos at issue are of Plaintiff. Accordingly, Plaintiff has requested certain threshold information from the Luxurgery Defendants, including the source videos and associated metadata to resolve this issue. The exchange of this threshold information will significantly narrow the issues between them and allow the parties to better value their positions for purposes of settlement. Moreover, Plaintiff does not believe that this matter can be resolved as to Advarra without this threshold information. Accordingly, Plaintiff requests that the Court refer the parties to the District's mediation program, while also permitting the litigation to proceed on a parallel track.

***Defendants' positions.***

***Luxurgery's position***. Luxurgery is willing to participate in mediation with a Magistrate Judge or through the District's mediation program. Luxurgery does not believe fact discovery is necessary to a productive mediation because the vast majority of the parties' disagreements are purely legal and already ripe for conversation before a third party neutral. However, Luxurgery is willing to discuss limited discovery in the context of a mediation, provided that the parties agree upon a Protective Order. Luxurgery believes it would be inefficient for litigation to proceed on a parallel track during the mediation process because the costs of motion practice and discovery are likely to frustrate settlement discussions.

***Advarra's position.*** Advarra is willing to participate in the District's mediation program; however, Advarra opposes Plaintiff's request that the litigation proceed on a parallel track. The limited information that Plaintiff seeks from the Luxurgery Defendants can be sought as part of any mediation. As noted above, Advarra has submitted a pre-motion letter seeking to stay

discovery as to Advarra pending resolution of its anticipated motion to dismiss.

Dated: June 13, 2024 Respectfully Submitted,

For Plaintiff                                    For Luxurgery Defendants

By: /s/ *Elizabeth A. Fegan*

Elizabeth A. Fegan (admitted *pro hac vice*)    By: /s/ *Stephen Barrett*
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor                   Stephen J. Barrett
Chicago, IL 60606                                Jura C. Zibas
Ph: 312.741.1019                                 150 East 42nd Street
Fax: 312.264.0100                                New York, NY 10017-5639
beth@feganscott.com                              Telephone: 212-490-3000
Counsel for Plaintiff                            Facsimile: 212-490-3038
                                                 stephen.barrett@wilsonelser.com
                                                 jura.zibas@wilsonelser.com

For Advarra

By: /s/ *Lisa H. Bebchick*

Lisa H. Bebchick
Ropes & Gray, LLP
1211 Avenue Of The Americas
New York, NY 10036
Ph: 212-956-9000
Fax: 212-596-9090
Lisa.Bebchick@ropesgray.com
Counsel for Advarra

## CERTIFICATE OF SERVICE

I, Elizabeth A. Fegan, an attorney, filed the attached Joint Status Report on June 13, 2024 via ECF, which will serve this pleading on all counsel of record.

Dated: June 13, 2024                                              /s/ *Elizabeth A. Fegan*